David B. Pillemer, Esq., State Bar No. 97808
PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Telephone (818) 994-4321
Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation., <br><br> Plaintiff, <br><br> vs. <br><br> A.O. SMITH CORPORATION, a Delaware Corporation and Does 1 through 40, <br><br> Defendants. | Civil No.: 2:20-cv-02782 RSWL (SKx) (formerly 20STCV05568) <br><br> Assigned for All Purposes To: Ronald S.W. Lew <br><br> **[PROPOSED] ORDER** <br><br> TRIAL DATE: 03/15/22 <br> ACTION FILED: 02/11/20 |

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the above referenced matter is hereby dismissed, with prejudice, each side bearing their own costs.

Dated: February 4, 2022    /S/ RONALD. S.W. LEW
                          RONALD S.W. LEW
                          United States District Judge